**Petition for Writ of Mandamus Denied and Majority Memorandum Opinion filed March 3, 2023.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00117-CV**

---

### IN RE MEHRAN RAHBAR, M.D. AND FARINAZ ARBAB M.D., HUSBAND AND WIFE, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-05545**

---

## MAJORITY MEMORANDUM OPINION

On February 22, 2023, relators Mehran Rahbar, M.D. and Farinaz Arbab M.D., Husband and Wife filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Mike Engelhart, presiding judge of the 151st District Court of Harris County, to issue a revised scheduling and docket control

order and set aside his orders dated January 23, 2023, January 30, 2023, and February 6, 2023.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. We also deny relators' expedited motion to stay.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Spain (Spain, J., dissent to follow).